UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-460-GW-AGRx | Date | June 12, 2025 |
|---|---|---|---|
| Title | *Lodging Ventures, LLC v. Federal Highway Authority, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On June 12, 2025, Plaintiff Lodging Ventures, LLC filed a Notice of Settlement [14]. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for July 14, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on July 11, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |